DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TIKWANZA FLEMING,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-3002

[September 7, 2023]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Hon. Marni A. Bryson, Judge; L.T. Case No. 502022MM002853A.

Carey Haughwout, Public Defender, and Mara C. Herbert, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***